# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TERRELL M. NOWLIN,**

      **CASE NO. 2:14-CV-317**
    Petitioner,      **JUDGE JAMES L. GRAHAM**
      **MAGISTRATE JUDGE KEMP**

    v.

**ROD JOHNSON, WARDEN,**

    Respondent.

## OPINION AND ORDER

On December 17, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that this action be dismissed. ECF 9. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF 9, is **ADOPTED** and **AFFIRMED.** The petition for a writ of habeas corpus is **DENIED**, and this action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

Date: February 3, 2015

                                                  s/James L. Graham
                                                  JAMES L. GRAHAM
                                                  United States District Judge